# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Alan J Alexander
      Monique L Williams-Alexander
            Debtor(s)

Case No. 12-14921

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/12/2012.

2) The plan was confirmed on 06/15/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/29/2012.

5) The case was dismissed on 01/18/2013.

6) Number of months from filing to last payment: 1.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $8,125.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $261.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$261.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $233.92 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $9.13 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$243.05** |

Attorney fees paid and disclosed by debtor:          $401.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC FINANCIAL SRV | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| ACI | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 800.00 | 937.14 | 937.14 | 0.00 | 0.00 |
| AGNOSTIC INC | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 1,069.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 530.00 | 555.23 | 555.23 | 0.00 | 0.00 |
| CCA | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE BANK NA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO PUBLIC SCHOOLS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO WOMENS HEALTH GROUP | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 3,992.00 | 3,992.00 | 0.00 | 0.00 |
| CNAC JOLIET | Unsecured | 5,111.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,355.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 673.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE EMERGENCY PHYSICIANS | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 1,667.00 | 1,672.39 | 1,672.39 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 984.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICES | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 2,166.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD | Unsecured | 2,591.00 | 2,591.19 | 2,591.19 | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 1,007.00 | 1,006.50 | 1,006.50 | 0.00 | 0.00 |
| IL DEPT OF HEALTHCARE & FAMILY | Priority | 0.00 | 5,955.04 | 5,955.04 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,262.00 | 3,262.00 | 3,262.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 550.00 | 3,130.70 | 3,130.70 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 257.67 | 257.67 | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CTR | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVCS | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVCS | Secured | 590.00 | 590.00 | 590.00 | 15.00 | 2.95 |
| MONTEREY FINANCIAL SVCS | Unsecured | NA | 438.52 | 438.52 | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 1,199.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 2,443.00 | NA | NA | 0.00 | 0.00 |
| NEW JERSEY HESAA | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 519.00 | 537.50 | 537.50 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 419.00 | 419.17 | 419.17 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| QUALITY HEALTHCARE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGISTS OF DUPAGE | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ROCK ISLAND CO CIRCUIT CLERK | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SECRETARY OF STATE | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| SECURITY CREDIT SERVICES LLC | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 500.00 | 1,713.62 | 1,713.62 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM INSURANCE | Unsecured | 1,673.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| TITLE LENDERS | Unsecured | 288.75 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 3,348.00 | 3,942.07 | 3,942.07 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 3,292.00 | 2,866.02 | 2,866.02 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 1,501.00 | 2,135.45 | 2,135.45 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 5,692.00 | 8,755.45 | 8,755.45 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 5,662.00 | 5,480.63 | 5,480.63 | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 2,210.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 100.00 | 38.00 | 38.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 4,348.00 | 4,188.64 | 4,188.64 | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| WESTERN INTL UNV ONLIN | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $590.00 | $15.00 | $2.95 |
| **TOTAL SECURED:** | **$590.00** | **$15.00** | **$2.95** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $5,955.04 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,262.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$9,217.04** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$44,657.89** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $243.05 |
| Disbursements to Creditors | $17.95 |
| | |
| **TOTAL DISBURSEMENTS** : | **$261.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/22/2013                 By: /s/ Glenn Stearns
                                              Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**